# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CASTOLO DIAZ MANCILLA**, | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.: 1:22-cv-00032-JMC |
| **CHESAPEAKE TREE AND OUTSIDE SERVICES, LLC, et al.,** | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT AGAINST DEFENDANTS, CHESAPEAKE OUTDOOR SERVICES, LLC, CHESAPEAKE TREE AND OUTSIDE SERVICES, LLC, KEITH ALLEN COTTER, AND CHARLOTTE ELLEN COTTER

As set forth in its Memorandum Opinion Regarding Findings of Fact and Conclusions of Law, filed simultaneously herewith, the Court orders that judgment be entered against Defendants, Chesapeake Outdoor Services, LLC, Chesapeake Tree and Outside Services, LLC, Keith Allen Cotter, and Charlotte Ellen Cotter, as follows:

1. Unpaid Overtime Award:         $93.75
2. FLSA Liquidated Damages:       $93.75

    **TOTAL**:                    $187.50

The Court will defer its award of attorney fees and costs until after it receives Plaintiff's fee petition (due April 30, 2024) and Defendants' opposition thereto (due May 15, 2024).

Date: April 4, 2024                          /s/
                                             J. Mark Coulson
                                             United States Magistrate Judge