IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Castolo Wilmer Diaz Mancilla<br>    Plaintiff<br><br>v.<br><br>Chesapeake Outdoor Services, LLC, et al.<br>    Defendants | Case No.: 1:22-CV-00032-JMC |

### JOINT MOTION TO RELEASE GARNISHED FUNDS TO PLAINTIFF

Plaintiff Castolo Diaz and all Defendants, through counsel undersigned, request that this Court direct that Garnishee Wells Fargo RELEASE all funds held under garnishment – to wit, all accounts identified in Garnishee's Confessions of Assets executed on or about July 31, 2024 in response to this Court's Writs of Garnishment – payable to Plaintiff's counsel as follows:

> Zipin Amster & Greenberg, Escrowee
> 8757 Georgia Avenue #400
> Silver Spring, MD 20910

The estimated amounts of garnished funds are as follows, subject to adjustments after July 31, 2024 (please see Exhibits attached):

| Keith Cotter | $10,822.13 | (3 accounts) |
|---|---:|---|
| Charlotte Cotter | $27,910.46 | (6 accounts) |
| Chesapeake Outdoor | $216.23 | (1 account) |

Plaintiff shall credit all Defendants, jointly and severally, for all funds received consistently with applicable law, this Court's orders and generally accepted accounting principles, subject to the continuing jurisdiction of this Court.

A proposed order is attached. Although filed ministerially by the Plaintiff's attorney, this is a joint request.

Respectfully submitted,

_____
T. Bruce Godfrey #24596
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave #400
Silver Spring, MD 20910
T: (301) 587-9373
F: (240) 839-9142
bgodfrey@zagfirm.com
*Counsel for Plaintiff*

____/s/_____
Donna M. Berdych
Berdych King Law
303 West Pennsylvania Avenue
Towson, Maryland 21204
(410) 494-1005 phone
(443) 269-8105 fax
dking@dking-law.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 21st of August 2024, a true and correct copy of the foregoing was mailed by first class mail postage prepaid to:

Donna M. Berdych
Berdych King Law
303 W. Pennsylvania Avenue
Towson, Maryland 21204

Wells Fargo Bank, N.A.
Attention: Maryland Garnishment Unit
Box 1416
Charlotte, NC 28201

_____
T. Bruce Godfrey #24596