# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASTOLO DIAZ MANCILLA, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No.: 1:22-cv-00032-JMC |
| CHESAPEAKE OUTDOOR SERVICES, LLC, ET AL. | * | |
| *Defendants*. | * | |

**JOINT MOTION FOR RELEASE OF GARNISHMENTS
AND TO CLOSE THE CASE AS SETTLED**

Plaintiff Castolo Diaz Mancilla, and Defendants Chesapeake Outdoor Services, LLC; Chesapeake Tree & Outside Services, LLC; Keith Allen Cotter; and Charlotte Ellen Cotter, hereby submit this Joint Motion for Release of Garnishments and to Close the Case as Settled, and state as follows:

1. On July 24, 2024, Plaintiff filed requests for garnishment upon Wells Fargo Bank.

2. This Court granted the requests, issued Writs of Garnishment, and Plaintiff served Writs of Garnishment upon Wells Fargo Bank.

3. Wells Fargo is holding funds in certain accounts of the Defendants to be garnished in the following amounts:

| Keith Allen Cotter | $10,822.13 | (3 accounts) |
|---|---|---|
| Charlotte Ellen Cotter | $27,910.46 | (6 accounts) |
| Chesapeake Outdoor | $216.23 | (1 account) |

The amount of the held funds in the accounts noted above is $38,948.82. Additional sums may also be held at this time under garnishment by Wells Fargo.

4. Since the time of the garnishments, the parties have reached a settlement.

5. Pursuant to the terms of the settlement between the parties, the parties jointly request that this Court enter an Order terminating the garnishments, and that Wells Fargo Bank is to release all funds from all garnishment holds, so that the money would remain in the respective bank accounts of Defendants.

WHEREFORE, for the reasons set forth herein, Plaintiff and Defendants request that this Court terminate the garnishments, and enter an Order that Wells Fargo Bank is to release all garnishment holds on this settled and closed case, so that all held funds would remain in the respective bank accounts of Defendants. A proposed Order is attached.

Respectfully Submitted,

| | |
|---|---|
| */s/ Michael K. Amster* | */s/ Donna M. Berdych* |
| Michael Kingston Amster, No. 18339 | Donna M. Berdych, No. 13663 |
| Zipin, Amster & Greenberg, LLC | Law Office of Donna M.B. King, LLC |
| 8757 Georgia Ave., Suite 400 | 303 West Pennsylvania Avenue |
| Silver Spring, Maryland 20910 | Towson, Maryland 21204 |
| Phone: (301) 587 - 9373 | Phone: (410) 494-1005 |
| Fax: (240) 839 – 9142 | Fax: (443) 269-8106 |
| mamster@zagfirm.com | dking@dking-law.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September 2024, I served the foregoing Joint Motion for Release of Garnishment by electronic filing to the following counsel:

    Michael Amster
    Zipin, Amster & Greenberg, LLC
    8757 Georgia Avenue
    Silver Spring, Maryland 20910

    Attorney for Plaintiff

                                      */s/ Donna M. Berdych*
                                      Donna M. Berdych